# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick Freedman, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV11-0735-PHX-SRB |
| ) | |
| v. ) | |
| ) | |
| SuperShuttle Arizona, Inc., d/b/a ExecuCar, ) et al., ) | |
| ) | |
| Defendant(s). ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 29, 2011, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

                                                         RICHARD H. WEARE
                                                         District Court Executive/Clerk

July 29, 2011

                                                         s/Elaine Leon
                                                         By: Deputy Clerk

cc: (all counsel)