Mark A. Nadeau (AZ Bar No. 011280)
mark.nadeau@dlapiper.com
Allison L. Kierman (AZ Bar No. 024414)
allison.kierman@dlapiper.com
DLA Piper LLP (US)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: (480) 606-5100
Fax: (480) 606-5101

Attorneys for Defendants

Jason Leonard
jleonard@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Tel: (239) 433-6880
Fax: (239) 433-6836

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FREDERICK FREEDMAN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br>vs.<br>SUPERSHUTTLE ARIZONA, INC., d/b/a EXECUCAR, an Arizona corporation, and VEOLIA TRANSPORTATION, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:11-cv-00735-SRB<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO WITHDRAW THE MOTION FOR ATTORNEYS' FEES AND CONCLUDE THE MATTER**<br><br>Assigned to the Honorable Susan R. Bolton |

Defendants SuperShuttle Arizona, Inc., d/b/a Execucar and Veolia Transportation, Inc. (collectively "Defendants") and Plaintiff Frederick Freedman ("Plaintiff") hereby provide notice that they have fully and finally settled all outstanding matters between them. Accordingly, the parties agree and stipulate that Defendants shall withdraw the Motion for Attorneys' Fees and Non-Taxable Costs [Doc. 34], that all pending deadlines associated with same be taken off calendar, and that this matter fully and finally conclude.

DATED this 26th day of October, 2011.

        DLA PIPER LLP (US)

        By <u>s/Allison L. Kierman</u>
         Mark A. Nadeau
         mark.nadeau@dlapiper.com
         Allison L. Kierman
         allison.kierman@dlapiper.com
         2525 E. Camelback Road, Suite 1000
         Phoenix, AZ  85016
         Tel:  (480) 606-5100
         Facsimile:  (480) 606-5101

        Attorneys for Defendants

        MORGAN & MORGAN, P.A.

        By <u>s/Allison L. Kierman</u> (on behalf of Jason Leonard)
         Jason Leonard
         jleonard@forthepeople.com
         Morgan & Morgan, P.A.
         12800 University Drive, Suite 600
         Ft. Myers, FL  33907
         Tel:  (239) 433-6880
         Fax: (239) 433-6836

        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that October 26, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

    Jason Leonard
    Morgan & Morgan, P.A.
    12800 University Drive, Suite 600
    Ft. Myers, FL  33907
    Tel:  (239) 433-6880
    Fax: (239) 433-6836
    jleonard@forthepeople.com
    Attorneys for Plaintiff

By:   s/ Pat Kelly