IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Frederick Freedman, | ) | No. CV11-0735-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Supershuttle Arizona, Inc., et al., | ) | |
| Defendants. | ) | |

The Court has considered the parties Notice of Settlement and Joint Stipulation to Withdraw the Motion for Attorneys' Fees and Conclude Matter (Doc. 35).

IT IS ORDERED granting the Joint Stipulation to Withdraw the Motion for Attorneys' Fees (Doc. 34).

DATED this 27th day of October, 2011.

_____
Susan R. Bolton
United States District Judge